**LAW OFFICES OF GREGG A. FARLEY**
GREGG A. FARLEY (State Bar No. 115593)
gfarley@farleyfirm.com
880 Apollo Street, Suite 222
El Segundo, California 90245
Tel: (310) 445-4024; FaX: (310) 445-4109

**LAW OFFICES OF SAHAG MAJARIAN**
SAHAG MAJARIAN II (State Bar No. 146621)
sahagii@aol.com
18250 Ventura Blvd.
Tarzana, California 91356
Tel: (818) 609-0807; Fax: (818) 609-0892

Attorneys for Plaintiff SERGIO GALICIA
GONZALEZ, appearing on behalf of
himself and all others similarly situated

(Attorney Information Continued on Next Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### [CLASS ACTION]

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:17-CV-00390JGB (RAO)<br>CLASS ACTION<br>JUDGE: Jesus G. Bernal<br>COURTROOM: 1<br><br>**ORDER VACATING SCHEDULED PRE-TRIAL AND DISCOVERY DATES AND DEADLINES** |

ORDER VACATING SCHEDULED PRE-TRIAL AND DISCOVERY DATES AND DEADLINES

1  **LITTLER MENDELSON, P.C.**

2  R. Brian Dixon, Bar No. 076247
   bdixon@littler.com

3  Laura E. Hayward, Bar No 204014

4  lhayward@littler.com
   333 Bush Street, 34th Floor

5  San Francisco, CA  94104

6  Tel: (415) 433-1940; Fax: (415) 399-8490

7  **LITTLER MENDELSON, P.C.**

8  Douglas A. Wickham, Bar No. 127268

9  dwickham@littler.com
   Radha D.S. Kulkarni, Bar No. 293996

10 rkulkarni@littler.com

11 633 West 5th Street, 63rd Floor
   Los Angeles, CA  90071

12 Tel: (213) 443-4300; Fax: (213) 443-4299

13

14 Attorneys for Defendant BMC WEST, LLC (Erroneously sued as
   BMC West Corporation and BMC Building Materials & Construction Services)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER VACATING SCHEDULED PRE-TRIAL AND DISCOVERY DATES AND DEADLINES

1         In light of Plaintiff and putative Class-PAGA Representatives, SERGIO GALICIA
2    GONZALEZ ("Plaintiffs"), and Defendant, BMW West LLC's ("Defendant") Notice of
3    Settlement and Stipulation to Vacate Scheduled Pre-Trial and Discovery Dates and
4    Deadlines, and GOOD CAUSE appearing therefor, the COURT HEREBY ORDERS AS
5    FOLLOWS:
6         1.    All previously scheduled pre-trial and discovery dates and deadlines in
7    this action, as set forth in the Civil Trial Scheduling Order entered by the Court on
8    May 17, 2017, are hereby vacated.
9         2.    Plaintiff is hereby authorized to file a motion for preliminary approval of
10   the class action settlement in this action within ninety (90) days of the Court's entry
11   of this Order.
12
13        IT IS SO ORDERED
14
15
16   Dated:  November 13, 2017        By: _____
17                         HON. JESUS G. BERNAL
                           UNITED STATES DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28

**ORDER VACATING SCHEDULED PRE-TRIAL AND DISCOVERY DATES AND DEADLINES**