**LAW OFFICES OF GREGG A. FARLEY**
GREGG A. FARLEY (State Bar No. 115593)
gfarley@farleyfirm.com
880 Apollo Street, Suite 222
El Segundo, California 90245
Tel: (310) 445-4024; Fax: (310) 445-4109

**LAW OFFICES OF SAHAG MAJARIAN**
SAHAG MAJARIAN II (State Bar No. 146621)
sahagii@aol.com
18250 Ventura Blvd.
Tarzana, California 91356
Tel: (818) 609-0807; Fax: (818) 609-0892

Attorneys for Plaintiff SERGIO GALICIA GONZALEZ, appearing on behalf of himself and all others similarly situated

(Attorney Information Continued on Next Page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## [CLASS ACTION]

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:17-CV-00390-JGB (RAO)<br>CLASS ACTION<br>JUDGE: Jesus G. Bernal COURTROOM: 1<br><br>**ORDER FOR CONSOLIDATION OF PUTATIVE CLASS-PAGA ACTIONS**<br>**[F.R.C.P. 42]** |

-1-

ORDER FOR CONSOLIDATION OF PUTATIVE CLASS-PAGA ACTIONS

| | |
|---|---|
| ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BMC WEST, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive<br><br>Defendants | CASE NO. 5:17-cv-00571-JGB (RAOx)<br>CLASS ACTION<br>JUDGE: Jesus G. Bernal COURTROOM: 1 |

**LAW OFFICE OF ROBERT W. SKRIPKO, JR., PC**
Robert W. Skripko, Jr., Esq.: SBN 151226
E-mail: rwskripko@skripkolaw.com
38 Corporate Park
Irvine, CA 92606
Tel: (949) 476-2000; Fax: (949) 476-2007

**DENIS & RASI, PC**
Paul J. Denis, Esq.: SBN 279026,
E-mail: pdenis@denisrasilaw.com
Ethan E. Rasi, Esq.: SBN 289848
E-mail: erasi@denisrasilaw.com
38 Corporate Park
Irvine, CA 92606
Tel: (949) 232-5238; Fax: (213) 443-9601

Attorneys for Plaintiffs and putative Class Representatives, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR individually and on behalf of all those similarly situated

ORDER FOR CONSOLIDATION OF PUTATIVE CLASS-PAGA ACTIONS

1  **LITTLER MENDELSON, P.C.**
2  R. Brian Dixon, Bar No. 076247
   bdixon@littler.com
3  Laura E. Hayward, Bar No 204014
4  lhayward@littler.com
   333 Bush Street, 34th Floor
5  San Francisco, CA  94104
6  Tel: (415) 433-1940; Fax: (415) 399-8490

7  **LITTLER MENDELSON, P.C.**
8  Douglas A. Wickham, Bar No. 127268
   dwickham@littler.com
9  Penny Chen, Bar No. 280706
10 pchen@littler.com
   633 West 5th Street, 63rd Floor
11 Los Angeles, CA  90071
12 Tel: (213) 443-4300; Fax: (213) 443-4299

13
14 Attorneys for Defendant BMC WEST, LLC (Erroneously sued as BMC West Corporation and BMC Building Materials & Construction Services)
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In light of Plaintiff and putative Class-PAGA Representative, SERGIO GALICIA GONZALEZ, individually and on behalf of all other similarly situated employees/aggrieved employees in the related Class-PAGA action entitled, *Sergio Galicia Gonzalez v. BMC West, LLC* (Case No.: 5:17-cv-00390-JGB (DTBx) ("*Gonzalez Action*"), as well as Plaintiffs and putative Class-PAGA Representatives, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually and on behalf of all other similarly situated employees/aggrieved employees in the Class-PAGA action entitled, *Ernesto Jimenez, et al. v. BMC West, LLC* (Case No.: 5:17-cv-00571-JGB (DTBx) ("*Jimenez Action*") (Plaintiff in the *Gonzalez Action,* and Plaintiffs in the *Jimenez Action*, are hereinafter referred to collectively as "Plaintiffs"), and Defendant, BMW WEST LLC's, ("BMC") (hereinafter Plaintiffs and BMC are referred to collectively as the "Parties") Stipulation to Consolidate the *Gonzalez Action* and *Jimenez Action,* and GOOD CAUSE APPEARING THEREFOR, the COURT HEREBY ORDERS AS FOLLOWS:

      1.    The *Gonzalez Action* and *Jimenez Action* are hereby consolidated for settlement purposes only, with the earlier filed *Gonzalez Action* treated as the lead case for future filings in both cases;

      2.    Plaintiffs shall file a one motion for preliminary approval and, assuming same is granted, one motion for final approval, of the class action settlement in both cases; and

      3.    This Order for Consolidation is entered without prejudice to any Party's right to later seek separate trials of the *Jimenez Action* and the *Gonzalez Action* in the event preliminary approval and/or final approval of the anticipated class action settlement is not approved by the Court and all other rights of the Parties under Federal Rule of Civil Procedure 42(b) are expressly reserved.

IT IS SO ORDERED

Dated: January 10, 2018    By: _____
                                          HON. JESUS G. BERNAL
                                          U.S. DISTRICT JUDGE

ORDER FOR CONSOLIDATION OF PUTATIVE CLASS-PAGA ACTIONS