1  **LAW OFFICES OF GREGG A. FARLEY**
2  GREGG A. FARLEY (State Bar No. 115593)
   gfarley@farleyfirm.com
3  880 Apollo Street, Suite 222
4  El Segundo, California 90245
   Tel: (310) 445-4024; Fax: (310) 445-4109
5
6  **LAW OFFICES OF SAHAG MAJARIAN**
   SAHAG MAJARIAN II (State Bar No. 146621)
7  sahagii@aol.com
8  18250 Ventura Blvd.
   Tarzana, California 91356
9  Tel: (818) 609-0807; Fax: (818) 609-0892
10
11 Attorneys for Plaintiff SERGIO GALICIA
   GONZALEZ, appearing on behalf of
12 himself and all others similarly situated
13 (Attorney Information Continued on Next Page)
14
15                  **UNITED STATES DISTRICT COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**
16                          **[CLASS ACTION]**
17

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated, | CASE NO. 5:17-CV-00390-JGB (RAO) C/W CASE NO. 5:17-cv-00571-JGB (RAOx) CLASS ACTION<br>JUDGE: Jesus G. Bernal<br>COURTROOM: 1 |
| Plaintiff, | |
| v. | **ORDER CONTINUING DATE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION-PAGA SETTLEMENT** |
| BMC WEST, LLC, a Delaware limited liability company, | |
| Defendant. | |

-1-

| | |
|---|---|
| ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BMC WEST, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive<br><br>Defendants | CASE NO. 5:17-cv-00571-JGB (RAOx)<br>CLASS ACTION<br>JUDGE: Jesus G. Bernal<br>COURTROOM: 1 |

**LAW OFFICE OF ROBERT W. SKRIPKO, JR., PC**
Robert W. Skripko, Jr., Esq.: SBN 151226
E-mail: rwskripko@skripkolaw.com
38 Corporate Park
Irvine, CA 92606
Tel: (949) 476-2000; Fax: (949) 476-2007

**DENIS & RASI, PC**
Paul J. Denis, Esq.: SBN 279026,
E-mail: pdenis@denisrasilaw.com
Ethan E. Rasi, Esq.: SBN 289848
E-mail: erasi@denisrasilaw.com
38 Corporate Park
Irvine, CA 92606
Tel: (949) 232-5238; Fax: (213) 443-9601

Attorneys for Plaintiffs and putative Class Representatives, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR individually and on behalf of all those similarly situated

ORDER CONTINUING DATE FOR FILING MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION-PAGA SETTLEMENT

1 | **LITTLER MENDELSON, P.C.**
2 | R. Brian Dixon, Bar No. 076247
  | bdixon@littler.com
3 | Laura E. Hayward, Bar No 204014
4 | lhayward@littler.com
  | 333 Bush Street, 34th Floor
5 | San Francisco, CA  94104
6 | Tel: (415) 433-1940; Fax: (415) 399-8490

7 |
  | **LITTLER MENDELSON, P.C.**
8 | Douglas A. Wickham, Bar No. 127268
9 | dwickham@littler.com
  | Radha D.S. Kulkarni, Bar No. 293996
10 | rkulkarni@littler.com
11 | 633 West 5th Street, 63rd Floor
  | Los Angeles, CA  90071
12 | Tel: (213) 443-4300; Fax: (213) 443-4299
13 |
14 | Attorneys for Defendant BMC WEST, LLC (Erroneously sued as BMC West Corporation and BMC Building Materials & Construction Services)

In light of the Stipulation of Plaintiff and putative Class-PAGA Representative, Sergio Galicia Gonzalez, individually and on behalf of all other similarly situated employees/aggrieved employees, in the Class-PAGA action entitled, *Sergio Galicia Gonzalez v. BMC West, LLC* (Case No.: 5:17-cv-00390-JGB (DTBx) ("*Gonzalez Action*") as well as Plaintiffs and putative Class-PAGA Representatives, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, in the related Class-PAGA action entitled, *Ernesto Jimenez, et al. v. BMC West, LLC* (Case No.: 5:17-cv-00571-JGB (DTBx) ("*Jimenez Action*"), (Plaintiff in the *Gonzalez Action*, and Plaintiffs in the *Jimenez Action*, are hereinafter referred to collectively as "Plaintiffs"), and Defendant, BMW West LLC, ("BMC") (hereinafter Plaintiffs and BMC are referred to collectively as the "Parties"), by and through their respective attorneys of record, pursuant to the proposed settlement in the consolidated *Gonzalez Action* and *Jimenez Action*, to continue the date for filing the Motion for Preliminary Approval of Class Action Settlement in said consolidated actions, and GOOD CAUSE APPEARING THEREFOR, the COURT HEREBY ORDERS AS FOLLOWS:

1. Plaintiffs in the *Gonzalez Action* and *Jimenez Action* shall have an additional sixty days (on or before April 12, 2018) to file their prospective Motion for Preliminary Approval of Class Action Settlement in the consolidated *Gonzalez Action* and *Jimenez Action*.

IT IS SO ORDERED:

Dated: February 8, 2018      By: _____
                                 HON. JESUS G. BERNAL
                                 UNITED STATES DISTRICT COURT

ORDER CONTINUING DATE FOR FILING MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION-PAGA SETTLEMENT