EXHIBIT A

1  R. BRIAN DIXON, Bar No. 076247
   bdixon@littler.com
2  LAURA E. HAYWARD, Bar No. 204014
   lhayward@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, CA  94104
   Telephone:  415.433.1940
5  Facsimile:  415.399.8490

6  DOUGLAS A. WICKHAM, Bar No. 127268
   dwickham@littler.com
7  PENNY CHEN, Bar No. 280706
   pchen@littler.com
8  LITTLER MENDELSON, P.C.
   633 West 5th Street, 63rd Floor
9  Los Angeles, CA  90071
   Telephone:  213.443.4300
10 Facsimile:  213.443.4299

11 Attorneys for Defendant
   BMC WEST, LLC
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                      EASTERN DIVISION

16

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC West, LLC, Delaware limited liability company,<br><br>Defendant. | Case No.  5:17-CV-00390 JGB (RAOx) (CONSOLIDATED WITH Case No. 5:17-cv-00571-JGB (RAOx))<br><br>ASSIGNED TO HON. JESUS G. BERNAL<br><br>**NOTICE OF SETTLEMENT OF CLASS ACTION PURSUANT TO CLASS ACTION FAIRNESS ACT [28 U.S.C. § 1715]** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BMC WEST LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>    Defendants. |

**TO THE ATTORNEY GENERAL OF THE UNITED STATES, THE UNITED STATES DEPARTMENT OF LABOR, THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA AND THE STATE OF CALIFORNIA LABOR COMISSIONER:**

  **PLEASE TAKE NOTICE** THAT, pursuant to the Class Action Fairness Act [28 U.S.C. §§ 1332(d), 1715(b)] ("CAFA"), Defendant BMC WEST, LLC ("BMC" or "Defendant") hereby gives notice that, on April 11, 2018, in the United States District Court for the Central District of California, Eastern Division, located at 3470 Twelfth Street, Riverside, California 92501-3801, Plaintiffs SERGIO GALICIA GONZALEZ, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR ("Plaintiffs"), on behalf of themselves and other persons similarly situated, moved for preliminary approval of a class action settlement reached between Plaintiffs and Defendant (collectively, the "Parties") in this consolidated action.

  **PLEASE TAKE FURTHER NOTICE** that the following documents and relevant pleadings have been filed with the Court in the above-referenced consolidated action:

1. Complaint filed by Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, and Miguel Martinez on November 29, 2016 in the Superior Court of the State of California for the County of San Bernardino, attached as Exhibit 1;

2. Complaint filed by Plaintiff Sergio Galicia Gonzalez on January 20, 2017 in the Superior Court of the State of California for the County of Riverside, attached as Exhibit 2;

3. First Amended Complaint filed by Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, and Miguel Martinez on February 7, 2017 in the Superior Court of the State of California for the County of San Bernardino, attached as Exhibit 3;

4. First Amended Complaint deemed filed by Plaintiff Sergio Galicia Gonzalez on May 8, 2017 in the U.S. District Court for the Central District of California, Eastern Division, attached as Exhibit 4;

5. Second Amended Complaint deemed filed by Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez, and Agustin Aguilar on September 25, 2017 in the U.S. District Court for the Central District of California, Eastern Division, attached as Exhibit 5;

6. Order for Consolidation of Putative Class-PAGA Actions, dated January 10, 2018, attached as Exhibit 6; and

7. All other pleadings in this consolidated action are electronically available through the Internet at the following website: http://pacer.psc.uscourts.gov/. Information regarding how to access information using the PACER website is available here: http://pacer.psc.uscourts.gov/faq.html.

**PLEASE TAKE FURTHER NOTICE that:**

8. On April 11, 2018, Plaintiffs in the above-captioned consolidated action filed a Notice of Motion and Motion for Preliminary Approval of Class

|   |   |
|---|---|
| 1 | Action Settlement ("Motion"). A true and correct copy of Plaintiffs' |
| 2 | Notice of Motion is attached as Exhibit 7. Defendant will file a Notice of |
| 3 | Non-Opposition to the Motion; |
| 4  9. | A hearing on Plaintiffs' Motion is currently scheduled for May 21, 2018, |
| 5 | at 9:00 a.m., in Courtroom 1 of the U.S. District Court for the Central |
| 6 | District of California, Eastern Division, located at 3470 Twelfth Street, |
| 7 | Riverside, California 92501-3801, the Hon. Jesus G. Bernal, judge |
| 8 | presiding. At the preliminary approval hearing, among other things, |
| 9 | Plaintiffs and Defendant will ask the Court to grant preliminary approval |
| 10 | of the class action settlement that is memorialized in the Joint Stipulation |
| 11 | (defined below) and to approve the Notice (defined below), Claim Form |
| 12 | (defined below) and Request for Exclusion Form (defined below) and to |
| 13 | schedule a hearing on a motion for final approval of the proposed class |
| 14 | action settlement; |
| 15  10. | A true and correct copy of the Parties' Joint Stipulation of Class Action |
| 16 | Settlement and Release ("Joint Stipulation") is attached as Exhibit 8. The |
| 17 | Joint Stipulation sets forth the terms of the Parties' proposed settlement |
| 18 | of two class actions that have been consolidated into this consolidated |
| 19 | action. Attached to the Joint Stipulation are the following exhibits (a) the |
| 20 | Notice of Proposed Class Action Settlement ("Notice," which is attached |
| 21 | to the Joint Stipulation as Exhibit A), (b) Claim Form ("Claim Form," |
| 22 | which is attached to the Joint Stipulation as Exhibit B), (c) Request for |
| 23 | Exclusion Form ("Request for Exclusion Form," which is attached to the |
| 24 | Joint Stipulation as Exhibit C), (d) Settlement Agreement and General |
| 25 | Release between Defendant and Plaintiffs Ernesto Jimenez, Luis |
| 26 | Pimentel, Jorge Garcia, and Augustin Aguilar (which is attached to the |
| 27 | Joint Stipulation as Exhibit D) and (e) Settlement Agreement and General |

Release between Defendant and Plaintiffs Sergio Galicia Gonzalez and Miguel Martinez (which is attached to the Joint Stipulation as Exhibit E);

11. Subject to the approval of the Court, the Notice will provide notice of the class action settlement to all Class Members (as defined in the Joint Stipulation);

12. Subject to the approval of the Court, the Joint Stipulation and the Notice describe all Class Members' right to seek exclusion from the class action settlement;

13. Subject to the approval of the Court, the Request for Exclusion Form will accompany the Notice and can be used by Class Members to seek to be excluded from the class action settlement; and

14. The Settlement Agreement and General Release between Defendant and Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, and Augustin Aguilar (which is attached to the Joint Stipulation as Exhibit D) and the Settlement Agreement and General Release between Defendant and Plaintiffs Sergio Galicia Gonzalez and Miguel Martinez (which is attached to the Joint Stipulation as Exhibit E) are settlement agreements that are contemporaneously made between Plaintiffs and Defendant as a condition of the class action settlement set forth in the Joint Stipulation. Other than the Joint Stipulation, there is no separate agreement by and between Class Counsel (as defined in the Joint Stipulation) and counsel for Defendant.

**PLEASE TAKE FURTHER NOTICE** that it is not feasible to provide a list of all Class Members along with this Notice. However, the class action settlement set forth in the Joint Stipulation involves a Class (defined in the Joint Stipulation) of all present and former non-exempt employees of Defendant and its Related Parties (as defined in the Joint Stipulation and the Notice and includes Stock Building Supply of California, Inc., Stock Building Supply West, Inc., Stock Building Supply West, LLC,

1  Stock Building Supply (USA), Inc., BMC Stock Holdings, Inc., BMC West
2  Corporation, BMC Select, SelectBuild Construction, Inc., SelectBuild Northern
3  California, Inc., SelectBuild Southern California, Inc., C Construction, Inc., TWF
4  Construction, Inc., H.N.R. Framing Systems, Inc., Building Materials Construction
5  Services, Inc., Building Materials Holding Corporation) employed in the State of
6  California during the time period from November 29, 2012 up to and including
7  January 17, 2018.

8      Although the exact number of Class Members will not be determined until the
9  Court rules upon the Motion, Defendant estimates that there are approximately 9,358
10 Class Members, the vast majority of Class Members, if not all of them, reside in the
11 State of California and, subject to Court approval, all Class Members are eligible to
12 participate in the settlement in accordance with the terms of the Joint Stipulation.

13     As of the date of this Notice, there are no written judicial opinions relating to
14 the materials described in this Notice.

15 Dated:   April 19, 2018

*[signature]*

R. BRIAN DIXON
DOUGLAS A. WICKHAM
LAURA E. HAYWARD
LAURA E. HAYWARD
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BMC WEST, LLC

21 Firmwide:154098056.3 064930.1016

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 633 West Fifth Street, 63rd Floor, Los Angeles, CA 90071.

On April 19, 2018, I served the within documents described as:

**NOTICE OF SETTLEMENT OF CLASS ACTION PURSUANT TO CLASS ACTION FAIRNESS ACT [28 U.S.C. § 1715]**

on the interested parties and state and federal governmental officials identified below by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Gregg A. Farley, Esq.<br>Law Offices of Gregg A. Farley<br>880 Apollo Street, Suite 222<br>El Segundo, California 90245<br>Telephone: (31 0) 445-4024<br>Email: gregg_farley@yahoo.com,<br>gfarley@farleyfirm.com | Sahag Majarian II, Esq.<br>Law Offices Of Sahag Majarian<br>18250 Ventura Blvd.<br>Tarzana, California 91356<br>Telephone: (818) 609-0807<br>Email: sahagii@aol.com |
| Robert W. Skripko, Jr., Esq.<br>Law Office of<br>Robert W. Skripko, Jr., PC<br>38 Corporate Park<br>Irvine, CA 92606<br>Email: rwskripko@skripkolaw.com | Paul Denis, Esq.<br>Ethan Rasi, Esq.<br>DENIS & RASI, PC<br>38 Corporate Park<br>Irvine, California 92606<br>Email: pdenis@denisrasilaw.com;<br>erasi@denisrasilaw.com |
| Hon. Jeff Sessions<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Hon. R. Alexander Acosta<br>Secretary of Labor<br>U.S. Department of Labor<br>S2521<br>200 Constitution Avenue NW<br>Washington DC 20210 |

LITTLER MENDELSON, P.C.
633 WEST 5TH STREET
63RD FLOOR
LOS ANGELES, CA 90071
213.443.4300

1.

PROOF OF SERVICE

| | |
|---|---|
| Hon. Xavier Becerra<br>California Attorney General<br>Office of the Attorney General<br>1300 "I" Street, Suite 1740<br>Sacramento, CA 95814-2919 | Hon. Julie A. Su<br>California Labor Commissioner<br>455 Golden Gate Avenue, 9th Flr.<br>San Francisco, CA 94102 |

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

as follows:

☒ **BY MAIL (FRCP 5(b)(1)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 633 West Fifth Street, 63rd Floor, Los Angeles, California, in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 633 West Fifth Street, 63rd Floor, Los Angeles, California, in the ordinary course of business.

☐ **BY PERSONAL SERVICE (FRCP 5(b)(1)(B)(i)):** I caused said documents to be served by having a professional messenger service, _____, personally deliver them to the person(s) at the address(es) noted above. (A confirmation document of the professional messenger service will be retained in our office.)

LITTLER MENDELSON, P.C.
633 WEST 5TH STREET
63RD FLOOR
LOS ANGELES, CA 90071
213.443.4300

2.

PROOF OF SERVICE

☐ **BY ELECTRONIC MAIL WHERE INDICATED:** Pursuant to FRCP 5(b)(2)(E), I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is Egranados@litler.com.

☐ **BY NOTICE OF ELECTRONIC FILING**, which is a notice automatically generated by the CM/EF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made. Executed on April 19, 2018, at Los Angeles, California

*/s/ Michele Morelli*
Michele Morelli

Firmwide:154129692.1 064930.1016

3.

PROOF OF SERVICE