**LAW OFFICES OF GREGG A. FARLEY**
GREGG A. FARLEY (State Bar No. 115593)
gfarley@farleyfirm.com
880 Apollo Street, Suite 222
El Segundo, California 90245
Tel: (310) 445-4024; Fax: (310) 445-4109

**LAW OFFICES OF SAHAG MAJARIAN**
SAHAG MAJARIAN II (State Bar No. 146621)
sahagii@aol.com
18250 Ventura Blvd.
Tarzana, California 91356
Tel: (818) 609-0807; Fax: (818) 609-0892

Attorneys for Plaintiff and Class/PAGA Representative, SERGIO GALICIA GONZALEZ, individually and on behalf of all others similarly situated

(Attorney Information Continued on Next Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:17-CV-00390 (RAOx) (Consolidated with Case No.. 5:17-cv-00571-JGB (RAOx))<br><br>Assigned to the Hon. Jesus G. Bernal<br>**ORDER GRANTING SECOND STIPULATION TO MODIFY NOTICE AND CLAIMS PROCEDURE FOR CLASS ACTION SETTLEMENT** |

| ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BMC WEST, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive<br><br>Defendants | CASE NO. 5:17-cv-00571-JGB (RAOx)<br><br>Assigned to the Hon. Jesus G. Bernal |
|---|---|

**LAW OFFICE OF ROBERT W. SKRIPKO, JR., PC**
Robert W. Skripko, Jr., Esq.: SBN 151226
E-mail: rwskripko@skripkolaw.com
38 Corporate Park
Irvine, CA 92606
Tel: (949) 476-2000; Fax: (949) 476-2007

**DENIS & RASI, PC**
Paul J. Denis, Esq.: SBN 279026,
E-mail: pdenis@denisrasilaw.com
Ethan E. Rasi, Esq.: SBN 289848
E-mail: erasi@denisrasilaw.com
38 Corporate Park
Irvine, CA 92606
Tel: (949) 232-5238; Fax: (213) 443-9601

Attorneys for Plaintiffs and Class/PAGA Representatives, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually and on behalf of all others similarly situated

**LITTLER MENDELSON, P.C.**
R. Brian Dixon, Bar No. 076247
bdixon@littler.com
Laura E. Hayward, Bar No 204014
lhayward@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 433-1940; Fax: (415) 399-8490

**LITTLER MENDELSON, P.C.**
Douglas A. Wickham, Bar No. 127268
dwickham@littler.com
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Tel: (213) 443-4300; Fax: (213) 443-4299

Attorneys for Defendant BMC WEST, LLC (Erroneously sued as BMC West Corporation and BMC Building Materials & Construction Services)

# ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby grants the Second Stipulation to Modify Notice and Claims Procedure for Class Action Settlement ("Second Stipulation") filed by Plaintiffs and Class Representatives, Sergio Galicia Gonzalez, Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez and Agustin Aguilar and Defendant BMC West, LLC (collectively, "the Parties").

2. Accordingly, to facilitate the submission of settlement claims, the Court hereby authorizes the mailing by the Administrator, within 5 business days of receipt of this Order, of the Second Reminder Postcard, in both the Spanish and English languages, and in the form attached as Exhibit A to the Parties' Second Stipulation, to all Class Members.

3. In addition, the Court hereby extends, from September 10, 2018 to October 10, 2018, the deadline for Class Members to complete, sign and return their Claim Form to the Administrator.

4. The Court also hereby continues the final approval hearing the final approval hearing from 9:00 a.m. on October 15, 2018, to 9:00 a.m. on November 19, 2018, with Class Members to be notified of the new hearing date in the Second Reminder Postcard.

5. Lastly, subject to the Court's final approval at the hearing now scheduled for November 19, 2018, the Court preliminary approves of the additional estimated amount of $24,457.66 associated with the Administrator's fees and costs in performing the additional tasks associated with the mailing and processing of the Second Reminder Postcard, in addition to the estimated fees and costs of $69,415.00 previously preliminarily approved

by the Court as part of the Court's orders granting preliminary approval and the Parties' First Stipulation.

IT IS SO ORDERED.

Dated: August 31, 2018

Hon. Jesus G. Bernal, U.S. District Judge