Gregg A. Farley (State Bar No. 115593)
Email: gfarley@farleyfirm.com
LAW OFFICES OF GREGG A. FARLEY
880 Apollo Street, Suite 222
El Segundo, California 90245
Telephone: (310) 445-4024
Facsimile: (310) 445-4109

Attorneys for Plaintiff Sergio Galicia Gonzalez

Robert W. Skripko, Jr. (State Bar No. 151226)
Email: rwskripko@skripkolaw.com
LAW OFFICE OF ROBERT W. SKRIPKO, JR., PC
38 Corporate Park
Irvine, California 92606
Telephone: (949) 476-2000
Facsimile: (949) 476-2007

Attorneys for Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez and Agustin Aguilar [Counsel continued on last page below]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BMC WEST, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No.: 5:17-cv-00390-JGB (RAOx)<br>(Consolidated with Case No. 5:17-cv-00571-JGB (RAOx))<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR MONETARY AWARDS TO CLASS REPRESENTATIVES, CLASS COUNSEL AND SETTLEMENT ADMINISTRATOR**<br><br>Date:　November 19, 2018<br>Time:　9:00 a.m.<br>Ctrm:　1 |

MOTION FOR MONETARY AWARDS TO
CLASS REPRESENATIVES, CLASS
COUNSEL AND ADMINISTRATOR - 1

## NOTICE OF MOTION AND MOTION

TO DEFENDANT AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 19, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, in Courtroom 1 of the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiffs Sergio Galicia Gonzalez, Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez and Agustin Aguilar ("Plaintiffs" or "Class Representatives") will and hereby do move, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order as follows in connection with Plaintiffs' concurrent motion for final approval of the proposed class action settlement ("Settlement") with Defendant BMC West, LLC ("Defendant" or "BMC"):

1. awarding to each Plaintiff as Class Representative an Incentive Payment in the amount of $10,000.00;

2. awarding collectively to Class Counsel, Robert W. Skripko, Jr. of the Law Office of Robert W. Skripko, Jr., PC, Paul J. Denis and Ethan E. Rasi of Denis & Rasi, PC, Gregg A. Farley of the Law Offices of Gregg A. Farley and Sahag Majarian, II, of the Law Offices of Sahag Majarian, attorneys' fees in the amount of $1,137,500.00, with such fees to be distributed in accordance with Plaintiffs' fee-sharing agreements with Class Counsel, which were disclosed to the Court;

3. awarding collectively to the same Class Counsel litigation costs and expenses in the amount of $22,565.41, with such litigation costs and expenses to be distributed to the Class Counsel who incurred the costs and expenses; and

    4. awarding to Simpuris, Inc. as Administrator the amount of $99,782.00 for the fees and costs of administration of the Settlement.

    This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declarations of Plaintiffs Sergio Galicia Gonzalez, Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez and Agustin Aguilar filed in support of the concurrent motion for final approval; the Declarations of Class Counsel, Robert W. Skripko, Jr., Paul J. Denis, Ethan E. Rasi, Gregg A. Farley and Sahag Majarian, II, filed in support of the concurrent motion for final approval; the Declaration of Jeremiah Kincannon, Simpluris' representative, filed in support of the concurrent motion for final approval; the proposed Order of Final Approval and Judgment Dismissing Actions with Prejudice; the pleadings and papers on file herein; and upon such other matters as may be presented to the Court at the time of the hearing.

    This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on October 12, 2018.

| Dated: October 19, 2018 | LAW OFFICES OF GREGG A. FARLEY |
|---|---|
| | By: _____/s/ Gregg A. Farley_____ |
| | Gregg A. Farley |
| | Attorneys for Plaintiff Sergio Galicia Gonzalez, appearing individually and in a representative capacity |
| Dated: October 19, 2018 | LAW OFFICE OF ROBERT W. SKRIPKO, JR. |
| | By: _____/s/ Robert W. Skripko_____ |
| | Robert W. Skripko |
| | Attorneys for Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez and |

Agustin Aguilar, appearing individually and in a representative capacity

Counsel continued:

Paul J. Denis (State Bar No. 279026)
Email: pdenis@denisrasilaw.com
Ethan E. Rasi (State Bar No. 289848)
Email: erasi@denisrasilaw.com
DENIS & RASI, PC
38 Corporate Park
Irvine, California 92606

Attorneys for Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez and Agustin Aguilar, appearing individually and in a representative capacity

Sahag Majarian, II (State Bar No. 146621)
Email: sahagii@aol.com
Law Offices of Sahag Majarian, II
18250 Ventura Blvd.
Tarzana, California 91356

Attorneys for Plaintiff Sergio Galicia Gonzalez, appearing individually and in a representative capacity