JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. EDCV 17-390 JGB (RAOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Plaintiff's Motion for Final Approval of Class Action Settlement is GRANTED and Plaintiff's Motion for Monetary Awards to Class Representatives, Class Counsel, and Settlement Administrator is GRANTED IN PART. Thus, the Court:

(1) GRANTS final settlement approval;

(2) GRANTS IN PART the request for attorneys' fees and AWARDS Class Counsel attorneys' fees in the amount of $739,538.50 from the gross settlement amount;

(3) GRANTS IN PART the request for costs and AWARDS Class Counsel costs in the amount of $21,487.01 from the gross settlement amount;

(4) GRANTS the request for settlement administration fees and AWARDS Simpluris, Inc., administration fees in the amount of $99,782 from the gross settlement amount;

(5) GRANTS the requests for service awards and AWARDS a total of $60,000 to the Class Representatives from the gross settlement amount, consisting of $10,000 to each of the six Class Representatives;

(6) DISMISSES the First Amended Complaint WITH PREJUDICE.

Dated: November 20, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge