ROBERT W. SKRIPKO, JR., Bar No. 151226
LAW OFFICE OF ROBERT W. SKRIPKO, JR., PC
38 Corporate Park
Irvine, CA 92606
Telephone: 949.476.2000
Facsimile: 949.476.2007

Attorneys for Plaintiffs
ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR, individually, and on behalf of all others similarly situated

R. BRIAN DIXON, Bar No. 076247
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
BMC WEST, LLC

**(COUNSEL CONTINUED ON THE FOLLOWING PAGE)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company;<br><br>Defendants. | Case No. 5:17-CV-00390 JGB (RAOx) (CONSOLIDATED WITH Case No. 5:17-cv-00571-JGB (RAOx))<br><br>ASSIGNED TO HON. JESUS G. BERNAL<br><br>**JOINT STIPULATION (NO. 2) TO CORRECT CLERK'S JUDGMENT AND CORRECT THE COURT'S ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND JUDGMENT DISMISSING ACTIONS WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH JOINT STIPULATION (NO. 1)]** |

1.

1  PAUL J. DENIS, Bar No. 279026,
   ETHAN E. RASI, Bar No. 289848
2  DENIS & RASI, PC
   38 Corporate Park
3  Irvine, CA 92606
   Telephone: 949.232.5238
4  Facsimile: 213.443.9601

5  Attorneys for Plaintiffs
   ERNESTO JIMENEZ, LUIS PIMENTEL,
6  JORGE GARCIA, MIGUEL MARTINEZ,
   and AGUSTIN AGUILAR, individually,
7  and on behalf of all others
   similarly situated
8
   GREGG A. FARLEY, Bar No. 115593
9  LAW OFFICES OF GREGG A. FARLEY
   880 Apollo Street, Suite 222
10 El Segundo, CA 90245
   Telephone: 310.445.4024
11 Facsimile: 310.445.4109

12 SAHAG MAJARIAN II, Bar No. 146621
   LAW OFFICES OF SAHAG MAJARIAN
13 18250 Ventura Blvd.
   Tarzana, California 91356
14 Telephone: 818.609.0807
   Facsimile: 818.609.0892
15
   Attorneys for Plaintiff
16 SERGIO GALICIA GONZALEZ, individually and
   on behalf of all others similarly situated
17
   DOUGLAS A. WICKHAM, Bar No. 127268
18 PENNY CHEN, Bar No. 280706
   LITTLER MENDELSON, P.C.
19 633 West 5th Street, 63rd Floor
   Los Angeles, CA 90071
20 Telephone: 213.443.4300
   Facsimile: 213.443.4299
21
   Attorneys for Defendant
22 BMC WEST, LLC

23

24

25

26

27

28

Plaintiffs and Class/PAGA Representatives, SERGIO GALICIA GONZALEZ, ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR ("Plaintiffs") and Defendant BMC WEST, LLC ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows in the above-captioned Consolidated Actions:

**WHEREAS,** Federal Rules of Appellate Procedure, Rule 4, requires that any notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.

**WHEREAS**, on November 20, 2018, the Court entered an Order of Final Approval of Class Action Settlement and Judgment Dismissing Actions with Prejudice (Dkt. 54) ("Final Approval Order"), along with the Clerk's Judgment (Dkt. 55).

**WHEREAS,** pursuant to Federal Rules of Appellate Procedure, Rule 4, any notice of appeal of the subject Final Approval Order (Dkt. 54) and Judgment (Dkt. 55) must be filed by December 20, 2018, in order to protect and preserve the Parties right to correct and modify said Final Approval Order (Dkt. 54) and Judgment (Dkt. 55).

**WHEREAS**, on November 29, 2016, Plaintiffs Ernesto Jimenez, Luis Pimentel, Jorge Garcia, Miguel Martinez, and Agustin Aguilar filed a putative class action in the San Bernardino Superior Court – Civil Division of the San Bernardino District ("*Jimenez* Action");

**WHEREAS**, on January 20, 2017 Plaintiff Sergio Galicia Gonzalez filed a putative class action in the Riverside Superior Court ("*Gonzalez* Action");

**WHEREAS**, on March 1, 2017, Defendant BMC removed the *Gonzalez Action* from the Riverside Superior Court to the United States District Court - Central District of California;

**WHEREAS**, on March 24, 2017, Defendant BMC removed the *Jimenez Action* from the San Bernardino Superior Court to the United States District Court - Central District of California;

  **WHEREAS**, on January 10, 2018, the Court entered an order consolidating the *Jimenez* and *Gonzalez* Actions for settlement purposes only, with the *Gonzalez* Action treated as the lead case for future filings (Dkt. 35);

  **WHEREAS**, on May 24, 2018, the Court granted Preliminary Approval of the Class Action Settlement in the Consolidated Action;

  **WHEREAS**, on November 19, 2018, the Court held a hearing regarding Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. No. 51) and Plaintiffs' Motion for Monetary Awards to Class Representatives, Class Counsel, and Settlement Administrator (Dkt. No. 52), and issued its Civil Minutes (Dkt. No. 53) regarding the hearing the same day. The Civil Minutes, in pertinent part, enumerated the Court's adjustment and re-calculation of Class Counsel's attorneys' fees. Class Counsel requested attorneys' fees equal to twenty-five percent of the Gross Settlement Amount of $4.55 million, i.e., $1,137,500, but the Court ultimately approved an attorneys' fee award of $739,538.50, based on a reduced lodestar amount. Specifically, as to Plaintiffs' counsel, Ethan Rasi, the Court approved a reduced hourly rate of $350 but inadvertently used an hourly rate of $300 in its lodestar calculation, thus resulting in an incorrect lodestar of $90,930.00 rather than the correct $106,085 (original: $300 x 303.10 hours = $90,930; correct: $350 x 303.10 hours = $106,085). Also, in its analysis of Class Counsel's attorneys' fee award, the Court was silent as to the appropriateness of applying a multiplier to a Class Counsel's adjusted lodestar;

  **WHEREAS**, on November 20, 2018, the Court entered an Order of Final Approval of Class Action Settlement and Judgment Dismissing Actions with Prejudice (Dkt. 54) ("Final Approval Order"), which provided, among other things, (1) the Court's approval of a payment of Fifteen Thousand U.S. Dollars ($15,000) to the California Labor and Workforce Development Agency ("LWDA") representing its 75% share of recovery of civil penalties under California Labor Code Private Attorneys General Act of 2004 as one of the terms of the class action settlement; and (2) the Court's direction to the Clerk to enter Judgment in accordance with the Final Approval Order and, among other things,

directing that the entire Consolidated Action and the separate *Jimenez* and *Gonzalez* Actions be dismissed with prejudice (Dkt 54, at ¶ 8); and

**WHEREAS**, on November 20, 2018, the Clerk's Judgment (Dkt. 55) was entered, which, in pertinent part: (1) in paragraph 6, only dismissed the *Gonzalez* First Amended Complaint with prejudice but it did not dismiss the entire Consolidated Action, or the Second Amended Complaint in the *Jimenez* Action, with prejudice (Dkt. 55, at 2:10, ¶ (6)); (2) did not include a direction providing for the payment to the LWDA, as required in the Final Approval Order; and (3) in the caption, did not reflect that this was a Consolidated Action.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that, subject to approval of the Court, the Clerk's Judgment (Dkt. 55) be corrected as follows:

(a)     Amending the caption of the November 20, 2018 Clerk's Judgment (Dkt. 55) to reflect that this case is a consolidated action by adding the phrase "(CONSOLIDATED WITH Case No. 5:17-cv-00571-JGB (RAOx))" immediately after the Case Number;

(b)     Adding a new and renumbered paragraph to the November 20, 2018 Clerk's Judgment (Dkt. 55) to reflect the Court granting approval of a payment to the California Labor and Workforce Development Agency (as set forth in paragraph 3(h) of the Final Approval Order) to read as follows: "(6) GRANTS the requests for payment to the California Labor and Workforce Development Agency in the amount of $15,000 from the gross settlement amount, representing its 75% share of recovery of civil penalties under California Labor Code Private Attorneys General Act of 2004"; and

(c)     Amending current paragraph 6 of the November 20, 2018 Clerk's Judgment (Dkt. 55) to conform the scope of the dismissal set forth in current paragraph 6 of the Clerk's Judgment to the scope of the dismissal set forth in paragraph 8 of the Final Approval Order (and the scope of the dismissal in the Parties' class action settlement agreement) and renumbering that paragraph to read as follows: "(7) DISMISSES the entire Consolidated Action *Gonzalez v. BMC West, LLC*, 5:17-CV-00390 JGB (RAOx)

(Consolidated with *Jimenez v. BMC West, LLC*, Case No. 5:17-cv-00571-JGB (RAOx)) WITH PREJUDICE, DISMISSES the *Gonzalez* First Amended Complaint and the *Jimenez* Second Amended Complaint WITH PREJUDICE, and DISMISSES the entire separate *Gonzalez* and *Jimenez* Actions WITH PREJUDICE."

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that, Defendants waive the applicable notice requirement and do not oppose Class Counsel's motion (with supporting memorandum of points and authorities) filed concurrently herewith, requesting the following:

(a) That the Court specially set a hearing regarding the corrections enumerated below as soon as practicable to avoid compelling the Parties to file the statutorily required Notice of Appeal to protect and preserve their right to correct the Final Approval Order (Dkt. 54) and Judgment (Dkt. 55), as well as ensure the timely distribution of class member payments, with the hearing set on or before December 20, 2018.

(b) Amending the Clerk's Judgment (Dkt. 55) to include the correct lodestar amount for Ethan Rasi to conform with the Court's November 19, 2018 Civil Minutes (Dkt. 53) by increasing Class Counsel's attorneys' fee award by $15,155, for a total adjusted lodestar/attorneys' fee award of $754,693.50;

(c) Amending the Clerk's Judgment (Dkt. 55) to reflect the Court's conclusion as to the appropriateness of a multiplier to Class Counsels' adjusted lodestar/attorneys' fee award;

(d) Amending the Clerk's Judgment (Dkt. 55), if appropriate, to apply a 1.2 positive multiplier to Class Counsel's adjusted lodestar/attorneys' fee award, an award attorneys' fees up to $905,632.20 ($754,693.5 ($739,538.50+$15,155) x 1.2 = $905,632.20);

A [PROPOSED] CORRECTED JUDGMENT that reflects the foregoing changes is lodged concurrently herewith.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that, subject to approval of the Court, the Final Approval Order (Dkt. 54) of November 20, 2018, be corrected as follows:

(a) Amending the Final Approval Order (Dkt. 54) to include the correct lodestar amount for Ethan Rasi to conform with the Court's November 19, 2018 Civil Minutes (Dkt. 53) by increasing Class Counsel's attorneys' fee award by $15,155 for a total adjusted lodestar/attorneys' fee award of $754,693.50;

(b) Amending the Final Approval Order (Dkt. 54) to reflect the Court's analysis and conclusion as to the appropriateness of a multiplier to Class Counsels' adjusted lodestar/attorneys' fee award; and

(c) Amending the Final Approval Order (Dkt. 54), if appropriate, to apply a 1.2 positive multiplier to Class Counsel's adjusted lodestar/attorneys' fee award, an award attorneys' fees up to $905,632.20 ($754,693.5 ($739,538.50+$15,155) x 1.2 = $905,632.20)[1]

A [PROPOSED] CORRECTED Final Approval Order that reflects the foregoing changes is lodged concurrently herewith.

**SO STIPULATED AND AGREED.**

                        **LAW OFFICE OF**
                        **ROBERT W. SKRIPKO, JR., PC**
                        **DENIS & RASI, PC**

Dated: December 13, 2018       By: __/s/ Robert W. Skripko, Jr._____
                                            ROBERT W. SKRIPKO, JR.
                                            Attorneys for Plaintiffs
                                            ERNESTO JIMENEZ, LUIS PIMENTEL, JORGE GARCIA, MIGUEL MARTINEZ, and AGUSTIN AGUILAR

---

[1] With regard to item (c) herein, Defendant does not oppose the request but does not affirmatively join in it.

**LAW OFFICES OF GREGG A. FARLEY**
**LAW OFFICES OF SAHAG MAJARIAN**

Dated: December 13, 2018  By: /s/Gregg A. Farley
GREGG A. FARLEY
Attorneys for Plaintiff
SERGIO GALICIA GONZALEZ

**LITTLER MENDELSON, P.C.**

Dated: December 13, 2018  By: /s/ Douglas A. Wickham
R. BRIAN DIXON
DOUGLAS A. WICKHAM
LAURA E. HAYWARD
PENNY CHEN
Attorneys for Defendant
BMC WEST, LLC

FIRMWIDE:161093378.1 064930.1016

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300