UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 17-390 JGB (RAOx)** | Date | December 18, 2018 |
|---|---|---|---|
| Title | ***Sergio Galicia Gonzalez v. BMC West, LLC, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:    **Order (1) AMENDING the Court's November 19, 2018 Civil Minutes Granting Final Settlement Approval (Dkt. No. 53); (2) AMENDING the Court's November 19, 2018 Order Granting Final Settlement Approval (Dkt. No. 54); and (3) AMENDING the Court's November 20, 2018 Judgment (Dkt. No. 55)**

Having reviewed the Parties' Joint Stipulation (No. 1) to Correct Clerk's Judgment (Dkt. No. 56) and Joint Stipulation (No. 2) to Correct Clerk's Judgment and Correct the Court's Order Granting Final Approval (Dkt. No. 57), the Court hereby ORDERS as follows:

(1) The November 20, 2018 Judgment (Dkt. 55) is corrected as follows:

   (a) The caption of the November 20, 2018 Judgment (Dkt. 55) is amended to reflect that this case is a consolidated action by adding the phrase "(CONSOLIDATED WITH Case No. 5:17-cv-00571-JGB (RAOx))" immediately after the Case Number;

   (b) A new and renumbered paragraph to the November 20, 2018 Judgment (Dkt. 55) is added to reflect the Court's approval of a payment to the California Labor and Workforce Development Agency (as set forth in paragraph 3(h) of the Final Approval Order) and shall read as follows: "(6) GRANTS the requests for payment to the California Labor and Workforce Development Agency in the amount of $15,000 from the gross settlement amount, representing its 75% share of recovery of civil penalties under California Labor Code Private Attorneys General Act of 2004"; and

(c) Paragraph 6 of the November 20, 2018 Judgment (Dkt. 55) is corrected to conform the scope of the dismissal set forth in current paragraph 6 of the Clerk's Judgment to the scope of the dismissal set forth in paragraph 8 of the Final Approval Order (and the scope of the dismissal in the Parties' class action settlement agreement) and that paragraph is renumbered to read as follows: "(7) DISMISSES the entire Consolidated Action Gonzalez v. BMC West, LLC, 5:17-CV-00390 JGB (RAOx) (Consolidated with Jimenez v. BMC West, LLC, Case No. 5:17-cv-00571-JGB (RAOx)) WITH PREJUDICE, DISMISSES the Gonzalez First Amended Complaint and the Jimenez Second Amended Complaint WITH PREJUDICE, and DISMISSES the entire separate Gonzalez and Jimenez Actions WITH PREJUDICE."

(d) The Judgment (Dkt. 55) is amended to reflect the correct lodestar amount for Ethan Rasi to conform with the Court's November 19, 2018 Civil Minutes (Dkt. 53) by increasing Class Counsel's attorneys' fee award by $15,155 for a total adjusted lodestar/attorneys' fee award of $754,693.50.

The November 20, 2018 Judgment as modified by this order is hereby entered by the Court as the operative Judgment in the Consolidated Action Gonzalez v. BMC West, LLC, 5:17-CV-00390 JGB (RAOx) (Consolidated with Jimenez v. BMC West, LLC, Case No. 5:17-cv-00571-JGB (RAOx).

(2) The Court's November 20, 2018 Order Granting Final Settlement Approval (Dkt. 54) ("Final Approval Order") is corrected as follows:

(a) The Final Approval Order (Dkt. 54) is hereby amended to reflect the correct lodestar amount for Ethan Rasi to conform with the Court's November 19, 2018 Civil Minutes (Dkt. 53) by increasing Class Counsel's attorneys' fee award by $15,155 for a total adjusted lodestar/attorneys' fee award of $754,693.50.

(3) The Court's November 19, 2018 Order Granting Final Settlement Approval (Dkt. No. 53) is corrected as follows:

(a) The information regarding Ethan Rasi's court-approved hourly rate on page 14 is hereby corrected to read,
"Ethan Rasi      $~~450~~ 350 per hr. X 303.10 hrs. =      ~~$136,395.00~~ $106,085.00"

(b) The total lodestar value of Class Counsel's services on page 15 is hereby corrected to reflect the correction to Rasi's court-approved hourly rate, for a total of $754,693.50. This is the amount awarded in attorneys' fees.

All other requests to amend the Judgment (Dkt. 55) or the Final Approval Order (Dkt. Nos. 54) are DENIED.

**IT IS SO ORDERED.**