LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SERGIO GALICIA GONZALEZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMC WEST, LLC, a Delaware limited liability company;<br><br>Defendant. | Case No. 5:17-CV-00390 JGB (RAOx) (CONSOLIDATED WITH Case No. 5:17-cv-00571-JGB (RAOx))<br><br>**AMENDED FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's December 18, 2018 Order (Dkt. No. 59) Amending the Court's November 20, 2018 Judgment (Dkt. No. 55), Plaintiffs' Motion for Final Approval of Class Action Settlement is GRANTED and Plaintiffs' Motion for Monetary Awards to Class Representatives, Class Counsel, and Settlement Administrator is GRANTED IN PART. Thus, the Court:

(1) GRANTS final settlement approval in accordance with the Amended Final Approval Order (Dkt. No. 54 as amended by Dkt. No. 59);

(2) GRANTS IN PART the request for attorneys' fees and AWARDS Class Counsel attorneys' fees in the amount of $754,693.50 from the gross settlement amount;

(3) GRANTS IN PART the request for costs and AWARDS Class Counsel costs in the amount of $21,487.01 from the gross settlement amount;

(4) GRANTS the request for settlement administration fees and AWARDS Simpluris, Inc., administration fees in the amount of $99,782 from the gross settlement amount;

(5) GRANTS the request for service awards and AWARDS a total of $60,000 to the Class Representatives from the gross settlement amount, consisting of $10,000 to each of the six Class Representatives;

(6) GRANTS the requests for payment to the California Labor and Workforce Development Agency in the amount of $15,000 from the gross settlement amount, representing its 75% share of recovery of civil penalties under California Labor Code Private Attorneys General Act of 2004; and

(7) DISMISSES the entire Consolidated Action *Gonzalez v. BMC West, LLC*, 5:17-CV-00390 JGB (RAOx) (Consolidated with *Jimenez v. BMC West, LLC*, Case No. 5:17-cv-00571-JGB (RAOx)) WITH PREJUDICE, DISMISSES the *Gonzalez* First Amended Complaint and the *Jimenez* Second Amended Complaint WITH PREJUDICE, and DISMISSES the entire separate *Gonzalez* and *Jimenez* Actions, WITH PREJUDICE.

DATED: December 18, 2018

THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE